## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Jessica P. McFadden                                CHAPTER 13
                    Debtor(s)
                                                          BKY. NO. 19-22729 CMB

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

   Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                                            Respectfully submitted,

                                            /s/ Brian C. Nicholas
                                            Brian Nicholas
                                            18 May 2022, 07:29:47, EDT

                                            Brian C. Nicholas, Esq. (317240) ☑
                                            Denise Carlon, Esq. (317226)   ☐
                                            Rebecca A. Solarz, Esq. (315936) ☐
                                            KML Law Group, P.C.
                                            BNY Mellon Independence Center
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106
                                            412-430-3594
                                            bkgroup@kmllawgroup.com