IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   JESSICA P. MCFADDEN

           Debtor(s)

   Ronda J. Winnecour
           Movant
           vs.
   No Repondents.

Case No.:19-22729

Chapter 13

Document No.: 42

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this **12th** day of **October**, 20**22**, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
10/12/22 8:32 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

*Carlota M. Böhm*
U.S. BANKRUPTCY JUDGE   **dmk**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-22729-CMB

Jessica P. McFadden  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2

Date Rcvd: Oct 12, 2022      Form ID: pdf900      Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jessica P. McFadden, 41 Lawton Ave, Uniontown, PA 15401-4745 |
| cr | + | Lakeview Loan Servicing, LLC, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 15096437 | | Community bank-Card member services, P.O. Box 790408, Saint Louis, MO 63179-0408 |
| 15096438 | + | John Cullen, 652 Second Street, Fairbank, PA 15435-1013 |
| 15084010 | + | Justin J. Sheba, D.O., 150 Wayland Smith Drive--Suite A, Uniontown, PA 15401-2677 |
| 15084005 | | Navient Solutions, Attn: Bankruptcy Litigation Unit E3149, P.O. Box 9430, Wilkes Barre, PA 18773-9430 |
| 15084008 | | PNC Cardmember Services, P.O. Box 3429, Pittsburgh, PA 15230-3429 |
| 15084011 | + | Stern & Eisenberg, 1581 Main Street--Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Oct 13 2022 00:58:27 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15442337 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 13 2022 00:56:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 15084003 | + | Email/Text: ccusa@ccuhome.com | Oct 13 2022 00:55:00 | Credit Collections, USA, 16 Distributor Drive--Suite 1, Morgantown, WV 26501-0121 |
| 15084004 | | Email/PDF: gecsedi@recoverycorp.com | Oct 13 2022 00:58:38 | Home Design/Synchrony Bank, Attention: Bankruptcy Department, P.O. Box 965061, Orlando, FL 32896-5061 |
| 15511272 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 13 2022 00:56:00 | Lakeview Loan Servicing, LLC, C/O RightPath Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 15125937 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Oct 13 2022 00:56:00 | Lakeview Loan Servicing, LLC, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15084006 | + | Email/Text: BKEBN-Notifications@ocwen.com | Oct 13 2022 00:56:00 | PHH Mortgage Corporation, 1 Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 15084007 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 13 2022 00:56:00 | PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 15124202 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 13 2022 00:56:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 15124197 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 13 2022 00:58:33 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15124520 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Oct 13 2022 00:56:00 | Plaza Home Mortgage, Inc., c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15084009 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| Recip ID | | | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Oct 13 2022 00:58:34 | Sears Mastercard, P.O. Box 6282, Sioux Falls, SD 57117-6282 |
| 15096439 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 13 2022 00:58:28 | Sunoco, P.O. Box 6407, Sioux Falls, SD 57117-6407 |
| 15084967 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 13 2022 00:58:38 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15117745 | ^ | MEBN | Oct 13 2022 00:53:49 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC |
| cr | | Plaza Home Mortgage, INC |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 14, 2022        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Daniel Philip Jones | on behalf of Creditor Lakeview Loan Servicing LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Daniel R. White | on behalf of Debtor Jessica P. McFadden lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Steven P Kelly | on behalf of Creditor Lakeview Loan Servicing LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| Thomas Song | on behalf of Creditor Plaza Home Mortgage INC pawb@fedphe.com |

TOTAL: 7